BERNARD CHARLUP and AUGUSTA CHARLUP, Appellants, v. JOSEPH GARLICK, INC., INDEPENDENT WARSCHAUER SICK SUPPORT SOCIETY OF NEW YORK and CONGREGATION RODEPH SHOLOM, Respondents.— In an action brought by plaintiffs, the father and mother, respectively, of a deceased infant, to recover damages for the alleged arbitrary and unlawful removal of the infant's remains from a plot in which they had been interred to a vault or mausoleum of the defendant congregation, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Appeal from decision dismissed. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

VINCENZO CIMINO and CONCETTA CIMINO, Appellants, v. STILLWELL THEATRE, INC., Respondent.—Action by the plaintiff wife to recover for personal injuries sustained in a panic following the cry of " Fire " in defendant's theatre, of which she was a patron, and by the plaintiff husband to recover for loss of services and the cost of medical attention. Order of Appellate Term reversing a judgment of the City Court of the City of New York, County of Kings, in favor of plaintiffs and dismissing the complaint, unanimously affirmed, with costs. (*Ward* v. *F. R. A. Operating Corp.*, 265 N. Y. 303.) Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.

FREDERICK ENGLAND, Respondent, v. JOSEPH NUZZO and LECNORA NUZZO, Appellants.— Judgment for plaintiff setting aside conveyances in fraud of a judgment creditor and directing the entry of a money judgment against defendant Leonora Nuzzo modified by striking out the direction for a money judgment against defendant Leonora Nuzzo, and as so modified unanimously affirmed, without costs. Conclusion of law numbered 17 is reversed. Judgment in the sum of $5,635.93 in favor of the plaintiff and against defendant Leonora Nuzzo reversed on the law, without costs, and the clerk of the county of Richmond is directed to cancel of record such judgment against defendant Leonora Nuzzo. We are of opinion that there is no basis in law for the entry of a money judgment against defendant Leonora Nuzzo. Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ., concur.